UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RF Development LLC,<br>    Plaintiff,<br><br>v.<br><br><br>Altis Group International, LLC,<br>Terranova Holdings LLC,<br>    Defendants. | CIVIL ACTION<br><br>NO. 23-1707<br><br>SECTION "__" |

### NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Terranova Holdings LLC ("Terranova"), which removes the action entitled *RF Development LLC versus Altis Group International, LLC and Terranova Holdings LLC*, Cause No. 839-169, Division "O", from the 24th Judicial District Court for the Parish of Jefferson, in the State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  In support hereof, Terranova states as follows:

1.

On April 14, 2023, the above-entitled action was commenced in the 24th Judicial District Court for the Parish of Jefferson, in the State of Louisiana (the "State Case").  Plaintiff's Petition names two defendants: (i) Terranova and (ii) Altis Group International, LLC ("Altis Group," and together with Terranova, the "Defendants").  Terranova was served via long-arm service on April 22, 2023.

2.

In accordance with the provisions of 28 U.S.C. § 1446(a), Terranova attaches as **Exhibit "A"** to this Notice of Removal, a complete copy of all pleadings filed in the State Case as of the date of filing of this removal.

3.

Thirty (30) days have not elapsed since service on Terranova on April 22, 2023; thus, removal is timely.

4.

Plaintiff, RF Development, L.L.C. ("RF Development" or "Plaintiff") is a Louisiana Limited Liability Company with its principal place of business in Louisiana, as stated in the introductory paragraph of the attached Petition. RF Development has two members: (i) Lisa Lacoste Farrell and (ii) Richard Farrell, who are both citizens of the State of Louisiana.

5.

Defendant Altis Group is a limited liability company with its principal place of business in Texas. On information and belief, Altis Group has two members: (i) Ararat Investments, Inc. ("Ararat"); and (ii) Trafigura Altis Holding Inc. ("Trafigura Altis"). Ararat is a corporation formed under the laws of the State of Texas with its principal place of business in the State of Texas. Trafigura Altis is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Texas.

6.

Defendant Terranova is a Texas limited liability company. Terranova has three members: (i) Jeffrey McNear, a citizen of the State of Texas; (ii) Gil Radtke, a citizen of the State of Texas; and (iii) PTC Holdings, LLC ("PTC"), a Texas limited liability company.

7.

PTC, a member of Terranova, has three members:

(i)    Sergio Marazita, a citizen of the State of Texas;

(ii)   Alex Garcia, a citizen of the State of Texas;

(iii)  Anthony Bove, a citizen of the State of Texas.

8.

Terranova has reviewed publicly available resources, including the Louisiana Secretary of State Website, the Texas Secretary of State Website, and the Delaware Secretary of State Website, as well as documents between the parties. Based on this review, Plaintiff does not have a member that is domiciled in Texas or Delaware. Based upon Terranova's best information and belief, Plaintiff is a citizen of Louisiana for federal diversity purposes, and Defendants are citizens of Texas and Delaware for federal diversity purposes. Accordingly, complete diversity of citizenship exists between the parties in this case.

9.

Plaintiff's Petition alleges a demand on promissory note dated March 1, 2015, between Plaintiff and Defendants. The Petition alleges that the promissory note in question has passed its maturity date and Defendants are "indebted unto RF Development in the amount of [$]2,500,000.00 for amounts owed under the Promissory Note." *See* Petition, at ¶¶ 14-16. Accordingly, the allegations of the Petition present an amount in controversy in excess of $75,000, exclusive of interest and costs.

10.

The United States District Court for the Eastern District of Louisiana embraces Jefferson Parish, where this action was filed. Accordingly, this case is properly removed to this Court under 28 U.S.C. § 1446(a).

11.

Written notice of the filing of this Notice of Removal will be given to Plaintiff, as required by the provisions of 28 U.S.C. § 1446(d).

12.

A true and correct copy of this Notice of Removal will be filed with the 24th Judicial District Court for the Parish of Jefferson, as required by the provisions of 28 U.S.C. § 1446(d). Terranova is providing the 24th Judicial District Court for the Parish of Jefferson with written notice of this removal and will request that the Clerk of Court forward a certified copy of the state court record in this matter to this Honorable Court.

13.

Altis Group has consented to this removal. A copy of the signed consent is attached as **Exhibit "B."**

14.

Terranova reserves the right to supplement or amend this Notice of Removal.

15.

Terranova reserves any and all rights to assert an answer and defenses to Plaintiff's Petition, including but not limited to, no right of action, no cause of action, lack of standing, need for a more definite statement, prescription, peremption, res judicata, and/or collateral estoppel.

**WHEREFORE**, Terranova Holdings LLC hereby removes this action to the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,
        **KEAN MILLER, LLP**

        */s/ Zoe W. Vermeulen*
        **BRADLEY J. SCHLOTTERER (#24211)**
        Brad.Schlotterer@keanmiller.com
        **ZOE W. VERMEULEN (#34804)**
        zoe.vermeulen@keanmiller.com
        **DAVID JUDD (#39931)**
        909 Poydras Street, Suite 3600
        New Orleans, Louisiana 70112
        Telephone: 504.585.3050
        Facsimile : 504.585.3051

        *and*

        Lloyd A. Lim (*PRO HAC VICE* TO BE REQUESTED)
        Texas State Bar No. 24056871
        Rachel T. Kubanda (*PRO HAC VICE* TO BE REQUESTED)
        Texas State Bar No. 24093258
        KEAN MILLER LLP
        711 Louisiana Street, Suite 1800
        Houston, Texas 77002
        Telephone: (713) 844-3070
        lloyd.lim@keanmiller.com
        rachel.kubanda@keanmiller.com

        **Attorneys for Defendant,**
        **Terranova Holdings, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure, via this Court's CM/ECF filing system, electronic mail, facsimile, and/or U.S. Mail properly addressed and postage prepaid, on this 19th day of May 2023.

*/s/Zoe W. Vermeulen*
ZOE W. VERMEULEN