# EXHIBIT A



**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO. 839 · 169                                                    DIVISION "

**RF DEVELOPMENT, L.L.C.**

**VERSUS**

**ALTIS GROUP INTERNATIONAL, L.L.C. and TERRANOVA HOLDINGS, L.L.C.**

FILED: _____          _____
                                                                 DEPUTY CLERK

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## PETITION ON PROMISSORY NOTE

NOW INTO COURT, through undersigned counsel, comes plaintiff, RF Development, L.L.C., ("RF Development"), who now files this Petition on Promissory Note against defendants, Altis Group International, L.L.C. ("Altis Group"), and Terranova Holdings, L.L.C. ("Terranova"), and who alleges as follows:

1.

Plaintiff, RF Development, is a limited liability company organized under the laws of the State of Louisiana, with its principal place of business in the Parish of Orleans, State of Louisiana.

2.

Defendant, Altis Group, is a limited liability company organized under the laws of the State of Texas.

3.

Defendant, Terranova, is a limited liability company organized under the laws of the State of Texas.

4.

Jurisdiction is proper in Louisiana and venue is proper in Jefferson Parish pursuant to Paragraph 4 of the LOAN AGREEMENT WITH INCORPORATED PROMISSORY NOTE which states, "The terms of this Loan Agreement and incorporated Promissory Note shall be governed by the laws of the State of Louisiana, and the parties further designate the 24th Judicial

1

District Court for the Parish of Jefferson, State of Louisiana, to be the court of competent jurisdiction."

## FACTS

5.

The petitioner is the holder and owner of a certain LOAN AGREEMENT WITH INCORPORATED PROMISSORY NOTE dated March 1, 2015. The agreement with incorporated promissory note was modified in a LOAN MODIFICATION AGREEMENT taking effect on January 1, 2016, and a second LOAN MODIFICATION AGREEMENT taking effect on January 1, 2017, (collectively, the "Promissory Note"). *See* Exhibits A, B, and C. respectively.

6.

The March 1, 2015, Promissory Note was executed by the Altis Group, the Borrower, and Richard D. Farrell, the Lender. Altis Group agreed to the repayment of the principal sum of $2,500,000.00 bearing interest at the rate of 15% per annum.

7.

Subsequently, Richard D. Farrell transferred his interest in the Promissory Note to RF Development, L.L.C. The two LOAN MODIFICATION AGREEMENTS were executed by Altis Group, the Borrower, and RF Development, the Lender.

8.

In the January 1, 2016, LOAN MODIFICATION AGREEMENT, R.F. Development and Altis Group modified the repayment terms that were set forth in the Original Agreement and Promissory Note.

9.

In the January 1, 2017, LOAN MODIFICATION AGREEMENT, Altis Group acknowledged the indebtedness and agreed to the repayment of the principal sum of $4,000,000.00, bearing interest at the rate of 10% per annum payable in installments. This Agreement states that all monies owed under the Promissory Note were to be paid on or before January 1, 2022.

10.

In April 2019, Altis Group submitted a Plan of Merger whereby Altis Group divisionally merged to become two separate entities. Exhibit D.

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

11.

The Plan of Merger (Exhibit D) provided that Altis Group would be divided into two separate entities, Altis Group International, LLC and Terranova Holdings, LLC, with the property and liabilities of each group being divided as described in Schedules A and B attached to the Plan of Merger.  Exhibit E.

12.

According to these schedules, the obligation to repay the loan under the LOAN AGREEMENT WITH INCORPORATED PROMISSORY NOTE was allocated and vested to Terranova Holding, LLC.  See Exhibit E.

**DEMAND ON PROMISSORY NOTE**

13.

The Promissory Note became due on January 1, 2022.

14.

Altis Group and Terranova are in breach of the Promissory Note as the Note is past its maturity date (January 1, 2022) and, as of the date of this petition, RF Development has not received payment under the Promissory Note by Altis Group or Terranova.

15.

As a result of Altis Group's and Terranova's breach of the Promissory Note, Altis Group and Terranova are justly and truly indebted unto RF Development in the amount of 2,500,000.00 for amounts owed under the Promissory Note.

16.

In addition to the damages for breach of the Promissory Note set forth above and in accordance with the terms and provisions of the Promissory Note, Altis Group and Terranova are also justly and truly indebted unto RF Development for all reasonable attorneys' fees incurred by RF Development in connection with enforcement of the Promissory Note.

WHEREFORE, RF Development prays that after due proceedings had, that there be judgment in favor of RF Development, L.L.C., and against Altis Group International, L.L.C. and Terranova Holdings, L.L.C. in the amount of $2,500,000.00, plus legal interest from the date of

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

judicial demand until paid, reasonable attorneys' fees and all costs of these proceedings resulting

from Altis Group's and Terranova's failure to pay the Promissory Note.

Respectfully Submitted:

MIDDLEBERG RIDDLE GROUP

_____
Edward J. Rantz, Jr. (#25220)
e-mail: erantz@midrid.com
Jean Paul Morrell (#29635)
909 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone: (504) 525-7200

*Attorneys for Plaintiff, RF Development, L.L.C.*

**COUNSEL FOR PLAINTIFF TO SERVE PURSUANT TO LOUISIANA LONG ARM STATUTE, LA R.S. 13:3204:**

**Altis Group International, LLC**
Through its registered agent for service of process:
Jeff McNear
8 Greenway Plaza, Suite 460
Houston, Texas 77046

**Terranova Holdings, LLC**
Through its registered agent for service of process:
Jeff McNear
8 Greenway Plaza, Suite 460
Houston, Texas 77046

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## LOAN AGREEMENT WITH INCORPORATED
## PROMISSORY NOTE

This Loan Agreement made and entered into on the dates set forth on the Acknowledgment attached herewith, by and between **RICHARD D. FARRELL**, hereinafter referred to as "Lender" whose address for payment is _4534 St. Charles Ave. New Orleans_ and **ALTIS GROUP INTERNATIONAL, LLC**, hereinafter referred to as "Borrower"; _70115_

**WHEREAS**, Borrower desires to enter into a loan transaction for the principal sum of $2,500,000.00, and Lender has agreed to make the loan requested, and accordingly, the parties agree as follows:

**1.    LOAN TRANSACTION:**

Lender shall lend unto Borrower the principal sum of $2,500,000.00, to be repaid on the terms and conditions set forth in the following paragraphs. The effective date of the loan shall be March 1, 2015, notwithstanding that the Acknowledgments of this Agreement made by executed on different dates.

**2.    REPAYMENT TERMS:**

Borrower acknowledges the indebtedness undertaken herein in favor of Lender, and agrees to repayment of the principal sum of $2,500,000.00, and promises to pay to the order of Lender, or Lender's assignee, at any address designated by Lender, the principal sum of $2,500,000.00, bearing interest at the rate of 15% simple interest per annum, payable in fourteen (14) annual payments, each in the sum of $375,000.00 (pro rated for any partial year), representing interest only, with the first payment due on or before December 29, 2015, with the succeeding annual installments due on the 29th of each December following thereafter, together with one (1) final payment for the then remaining balance of principal and interest, due and payable on or before December 29, 2029.

Notwithstanding the foregoing, nor as a waiver of any rights of the lender, Borrower shall have the option to defer either or both of the first two (2) annual installments due hereunder, by notifying lender at least 60 days in advance of the due date, in which case the deferred installment(s) shall be added to the outstanding principal amount as of the original due date of the deferred installment (December 29, 2015 and/or December 29, 2016) and interest shall accrue thereon at the rate of 15% per annum. If the first installment is deferred in this manner, the amount of the remaining 13 annual interest payments shall be increased to $421,875.00 each. If the first and the second installments are deferred in this manner, the amount of the remaining 12 annual interest payments shall be increased to $478,125.00 each. And, if only the second installment is deferred in this manner (after the first installment of $375,000 pro rated for the initial partial year is

{00142197.2 }

24th E-Filed 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR



timely paid), then the remaining 12 annual interest payments shall be increased to $431,250.00 each.

**3.    DEFAULT:**

In the event of the failure of the Borrower to make any single installment as set forth in the preceding paragraph, the obligations due hereunder shall be considered to be in default, without any further notice, same being waived. In the event of a default hereunder, in addition to all amounts due and owing, representing principal and interest, Borrower shall also be responsible for all reasonable attorney's fees and collection costs incurred by the Lender, at a minimum sum of $2,500.00.

**4.    GOVERNING LAW:**

The terms of this Loan Agreement and incorporated Promissory Note shall be governed by the laws of the State of Louisiana, and the parties further designate the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to be the court of competent jurisdiction.

    **IN WITNESS WHEREOF,** the parties have executed this Agreement, in counterparts, on the dates set forth on their respective Acknowledgments, further acknowledging that the effective date of the loan transaction shall be March 1, 2015.

WITNESSES:                          ALTIS GROUP INTERNATIONAL, LLC

                                    BY: _____
                                        Jeff McNear - Member/Manager

                                    BY: _____
                                        Vuk Rajevac - Member/Manager

                                    _____
                                    RICHARD D. FARRELL - Lender

{00142197.2 }

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

<b><u>ACKNOWLEDGMENT OF LOAN AGREEMENT WITH</u></b><br><b><u>INCORPORATED PROMISSORY NOTE</u></b>

STATE OF TEXAS
COUNTY OF HARRIS

BE IT KNOWN that on this _12th_ day of ___February___, 2015;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for

the Parish and State aforesaid, and in the presence of the undersigned competent witnesses:

PERSONALLY CAME AND APPEARED:

**JEFF MCNEAR and VUK RAJEVAC,**

appearing in as Member/Managers of ALTIS GROUP INTERNATIONAL, LLC, each who of

whom first duly sworn, acknowledged that they have read the aforesaid LOAN AGREEMENT

WITH INCORPORATED PROMISSORY NOTE, and they each acknowledge the terms and

conditions of same.

THUS DONE AND PASSED, on the day, month and year first herein written, in the

presence of the undersigned competent witnesses, who signed hereunto with said appearers and

me, Notary, after due reading of the whole.

WITNESSES:                         ALTIS GROUP INTERNATIONAL, LLC

_____            BY: _____
                                   Jeff McNear – Member/Manager

_____            BY: _____
                                   Vuk Rajevac – Member/Manager

/s/ _____
NOTARY PUBLIC
PRINTED NAME: _Nathalie Bonilla_
COMMISSION EXPIRES: _08-19-17_
NOTARY PUBLIC

NATHALIE BONILLA
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-19-17

{00142197.2 }

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

### THE SILVERSTEIN LAW FIRM
A PROFESSIONAL LAW CORPORATION
635 LAFAYETTE STREET
GRETNA, LOUISIANA 70053

TELEPHONE 504 362-3692
FACSIMILE 504 362-3693

Irl R. Silverstein
*irl@silversteinlawplc.com*

David A. Silverstein
*david@silversteinlawplc.com*

March 2, 2015

Mr. Jeff McNear
Altis Group International, LLC
3300 South West Freeway
Houston, TX 77027

Re:  Loan Agreement with Richard D. Farrell
My File # 15041

Dear Mr. McNear:

Enclosed herewith please find a copy of the Loan Agreement which Altis Group International, LLC recently executed in favor of Richard D. Farrell.

Yours very truly,

IRL R. SILVERSTEIN

IRS/mm
Enclosure: as stated

cc: Richard D. Farrell
    4534 St. Charles Avenue
    New Orleans, LA 70115

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement made and entered into on the dates set forth the acknowledgments attached hereto, by and between **RF DEVELOPMENT, L.L.C.**, hereinafter referred to as "Lender" and **ALTIS GROUP INTERNATIONAL, LLC**, hereinafter referred to as "Borrower";

**WHEREAS**, Borrower entered into a Loan Agreement and incorporated Promissory Note ("the original agreement") with the original holder of said Note, Richard D. Farrell, who has subsequently transferred his interest in said Note to the Lender herein, said Original Agreement having an effective date of March 1, 2015; and

**WHEREAS**, Borrower and Lender desire to modify certain of the terms and provisions set forth in said Original Agreement and incorporated Promissory Note, and accordingly, agree to modify said Original Agreement and Promissory Note in the following particulars:

**1.    REPAYMENT TERMS:**

Borrower and Lender acknowledge and agree that the repayment terms set forth in paragraph 2 of the original Agreement, are hereby deleted in their entirety, and the following is substituted:

**"2.  REPAYMENT TERMS:**

Borrower acknowledges the indebtedness undertaken herein in favor of Lender, and agrees to repayment of the principal sum of $2,500,000.00, and promises to pay to the order of Lender or Lender's assignee, at any address designated by the Lender or its assignee, the principal sum of $2,500,000.00, bearing interest at the rate equal to Wall Street Journal prime, plus 2.00%, simple interest per annum, payable in 13 annual installments, each installment representing interest only, with the first interest installment payment due on or before December 31, 2016, with the succeeding annual interest installments due on the 31st of each December following thereafter, together with one final installment for the then remaining balance of principal and interest due and payable on or before December 31, 2029.

Borrower shall have the right to prepay this obligation, in whole or in part, at any time, without penalty.



EXHIBIT

B

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Borrower and Lender jointly agree that all of the remaining terms and conditions of the original Loan Agreement with incorporated Promissory Note, not specifically addressed herein, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the parties have executed this Agreement in counterparts, on the dates set forth on their respective acknowledgments, further acknowledging that the effective date of this Amendment is January 1, 2016.

WITNESSES:

ATLIS GROUP INTERNATIONAL, LLC, Borrower

By: _____
Jeff McNear - Member/Manager

By: _____
Vuk Rajevac - Member/Manager

RF DEVELOPMENT, L.L.C., Lender

By: _____
Richard D. Farrell - Sole Member/Manager

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## ACKNOWLEDGMENT OF LOAN MODIFICATION

STATE OF TEXAS
COUNTY OF HARRIS:

BE IT KNOWN, that on this 7th day of April_____, 20 16 ;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for

the County and State aforesaid, and in the presence of the undersigned competent witnesses:

PERSONALLY CAME AND APPEARED:

### JEFF McNEAR and VUK RAJEVAC,

appearing in their capacity as Members/Managers of ALTIS GROUP INTERNATIONAL, LLC,

each of whom first duly sworn, acknowledged that they have read the aforesaid LOAN

MODIFICATION, and they each acknowledge the terms and conditions of same.

THUS DONE AND PASSED, on the day, month and year first herein written, in the presence

of the undersigned competent witnesses, who signed hereunto with said appearers and me, Notary,

after due reading of the whole.

WITNESSES:                                      ALTIS GROUP INTERNATIONAL, LLC

Elva Villafuerte
Printed Name:                                   BY: _____
                                                     Jeff McNear - Member/Manager

                                                BY: _____
                                                     Vuk Rajevac - Member/Manager

Mariela Aguirre
Printed Name:

Mariela Aguirre

                    NORA RODRIGUEZ
                    Notary ID # 130289542
                    My Commission Expires
                    July 9, 2019

/s/ _____
        NOTARY PUBLIC
PRINTED NAME: Nora Rodriguez
COMMISSION EXPIRES: July 9, 2019

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## ACKNOWLEDGMENT OF LOAN MODIFICATION

STATE OF LOUISIANA
PARISH OF JEFFERSON

BE IT KNOWN, that on this /8 day of ___April___, 20/6 :

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the Parish and State aforesaid, and in the presence of the undersigned competent witnesses:

PERSONALLY CAME AND APPEARED:

### RICHARD D. FARRELL ,

appearing in his capacity as Sole Member/Manager of RF DEVELOPMENT, LLC, who first duly sworn, acknowledged that he has read the aforesaid LOAN MODIFICATION, and he acknowledges the terms and conditions of same.

THUS DONE AND PASSED, on the day, month and year first herein written, in the presence of the undersigned competent witnesses, who signed hereunto with said appearers and me, Notary, after due reading of the whole.

WITNESSES:                                RF DEVELOPMENT, LLC

_Angela Sapia_                            BY: _Richard D Farrell_
Printed Name:                                 Richard D. Farrell- Sole Member/Manager
Angela Sapia

_____
Printed Name:
David Silverstein

_____
IRL R. SILVERSTEIN, #12073
NOTARY PUBLIC
COMMISSIONED FOR LIFE

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement made and entered into on the dates set forth the acknowledgments attached hereto, by and between **RF DEVELOPMENT, LLC,** hereinafter referred to as "Lender" and **ALTIS GROUP INTERNATIONAL, LLC,** hereinafter referred to as "Borrower";

**WHEREAS,** Borrower entered into a Loan Agreement and incorporated Promissory Note ("the original agreement") with the original holder of said Note, Richard D. Farrell, who has subsequently transferred his interest in said note to the Lender herein, and Original Agreement having an effective date of March 1, 2015; which Agreement was modified by execution of a Loan Modification Agreement executed by the Borrower on April 7, 2016, and

**WHEREAS,** Borrower and Lender desire to again modify certain of the terms and provisions set forth in said Original Agreement and incorporation Promissory Note, and accordingly, agree to modify said Original Agreement and Promissory Note in the following particulars:

**1.    REPAYMENT TERMS:**

Borrower and Lender acknowledge and agree that the repayment terms set forth in paragraph 2 of the Original Agreement, are hereby deleted in their entirety, and the following is substituted:

**"2.    REPAYMENT TERMS:**

Borrower acknowledges the indebtedness undertaken in favor of Lender, and agrees to repayment of the principal sum of $4,000,000.00, and promises to pay to the order of Lender or Lender's assignee, at any address designated by the Lender or its assignee, the principal sum of $4,000,000.00, bearing interest at the rate of 10% per annum, payable in 19 (nineteen) equal quarterly installments each in the sum of $100,000.00, representing interest only, with the first interest installment payment due on or before April 1, 2017, with each installment due thereafter on the first of day of the first month of each succeeding quarter, together with one final installment for the then remaining balance of principal and interest due and payable on or before January 1, 2022.



EXHIBIT
C

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Borrower and Lender jointly agree that all of the remaining terms and conditions of the Original Loan Agreement with incorporated Promissory Note, not specifically addressed herein, shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Agreement in counterparts, on the dates set forth on their acknowledgments, further acknowledging that the effective date of this Amendment is January 1, 2017.

WITNESSES:

_Elva Villafuerte_
Printed Name of Witness:

ATLIS GROUP INTERNATIONAL, LLC
"Borrower"

By: _____
    Jeff McNear - Member/Manager

By: _____
    Vuk Rajevac - Member/Manager

_Marcia Vela_
Printed Name of Witness:

_Marcia Vela_

RF DEVELOPMENT, LLC, "Lender"

By: _____
    Richard D. Farrell
    Sole Member/Manager

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## ACKNOWLEDGMENT OF LOAN MODIFICATION

STATE OF TEXAS

HARRIS COUNTY

BE IT KNOWN that on this 3rd day of February, 2017:

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the County and State aforesaid, and in the presence of the undersigned competent witnesses:

PERSONALLY CAME AND APPEARED:

JEFF McNEAR and VUK REJEVAC,

appearing in their capacity as Members/Managers of ALTIS GROUP INTERNATIONAL, LLC, each of whom first duly sworn, acknowledged that they have read the aforesaid LOAN MODIFICATION AGREEMENT, and they each acknowledge the terms and conditions of same.

THUS DONE AND PASSED, on the day, month and year first herein written, in the presence of the undersigned competent witnesses, who signed hereunto with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

ALTIS GROUP INTERNATIONAL, LLC

_____    BY: _____
Printed Name of Witness:                        Jeff McNear - Member/Manager

Manela Vela                          BY: _____
Printed Name of Witness                          Vuk Rejevac - Member/Manager

NORA RODRIGUEZ
Notary ID # 130269542
My Commission Expires
July 9, 2019

NOTARY PUBLIC

PRINTED NAME: Nora Rodriguez

COMMISSION EXPIRES: July 9, 2019

## ACKNOWLEDGMENT OF LOAN MODIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

BE IT KNOWN that on this 14 day of _February_, 2017:

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the County and State aforesaid, and in the presence of the undersigned competent witnesses:

PERSONALLY CAME AND APPEARED:

RICHARD D. FARRELL,

appearing herein in his capacity as sole Member/Manager of RF DEVELOPMENT, LLC, who after first being duly sworn, acknowledged that he has read the aforesaid LOAN MODIFICATION AGREEMENT, and he acknowledges the terms and conditions of same.

THUS DONE AND PASSED, on the day, month and year first herein written , in the presence of the undersigned competent witnesses, who signed hereunto with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_Sandra L Marchand_ (signature)

PRINTED NAME:
Sandra L Marchand

PRINTED NAME:
David Silverstein

RF DEVELOPMENT, LLC

BY: _R D Farrell_ (signature)
Richard D. Farrell - Sole Member/Manager

IRL R. SILVERSTEIN #12073
NOTARY PUBLIC

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

## ALTIS GROUP INTERNATIONAL, LLC

## PLAN OF MERGER

## DIVISIONAL MERGER INTO TWO ENTITIES

This Plan of Merger (this "Plan") dated April 4, 2019 is by Altis Group International, LLC, a Texas limited liability company ("Company"), and evidences that:

WHEREAS, the Company is a limited liability company duly organized and existing under the laws of the State of Texas.

WHEREAS, the managers and members of the Company deem it advisable and in the best interests of such entity that the Company be divisionally merged to become two separate entities ("Merger"), as authorized by the statutes of the State of Texas, under and pursuant to the terms and conditions hereinafter set forth.

WHEREAS, as a result of the Merger, the surviving entities will be the Company and Terranova Holdings, LLC, a newly formed Texas limited liability company (collectively, the "Post-Merger Entities").

WHEREAS, the Company is a party to that certain Agreement of Divisional Merger of even date herewith to which other interested parties are also parties ("Merger Agreement").

NOW, THEREFORE, in consideration of the agreements and covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the mode of carrying the merger into effect, the manner and basis of converting the membership interests of the Company into ownership interests of the Post-Merger Entities and such other details and provisions as are deemed necessary or desirable, the Company adopts this Plan, as follows:

1. <u>Organization Subject to Merger</u>. The name of each organization that is a party to the Merger is:

Altis Group International, LLC

2. <u>Organization to Survive Merger</u>. The name of each organization that will survive the Merger:

Altis Group International, LLC.

3. <u>Organization Created by Merger</u>. The name of each new organization that is to be created by this Plan:

Terranova Holdings, LLC

EXHIBIT
D

4.    Organizational Forms of Merger Parties.    The organizational form of each organization that is a party to the Merger or that is to be created by this Plan and its jurisdiction of formation:

Altis Group International, LLC, a Texas limited liability company.

Terranova Holdings, LLC, a Texas limited liability company.

5.    Membership Interests.    The manner and basis of converting or exchanging any of membership interests of each organization that is a party to the merger into membership interests of the surviving and new organizations is:

(a)    Company.    After the Effective Time of the Merger (as hereinafter defined), the members of the Company will own all of the membership interest in the Company as a Post-Merger Entity.

(b)    Terranova Holdings, LLC.    Each member of the Company will own the same membership interest in Terranova Holdings, LLC after the Effective Time of the Merger as that member owned in the Company prior to the Merger.

6.    Certificates of Formation.    The certificates of formation shall be as follows:

(a)    Company.    The Certificate of Formation of the Company, as existing immediately prior to the Effective Time of the Merger shall, upon the Merger's becoming effective, constitute the certificate of formation of the Company until amended in the manner provided by law.

(b)    Terranova Holdings, LLC.    The Certificate of Formation of Terranova Holdings, LLC to be filed with the Secretary of State at the time of filing of the Certificate of Merger is attached hereto as Exhibit 1.

7.    Implementation of Merger.    At the Effective Time of the Merger:

(a)    The Company shall be divided into two separate entities, which shall be the Company and Terranova Holdings, LLC.

(b)    The separate existence of the Company shall continue after the Merger.

(c)    The property of the Company and the liabilities and obligations of the Company:

(i)    Shall be allocated and vested to the Company as a Post-Merger Entity is as described in Schedule A attached hereto; and

(ii)    Shall be allocated and vested to Terranova Holdings, LLC as a Post-Merger Entity is as described in Schedule B attached hereto.

(d)    All property, rights, privileges, powers, and franchises, and all and every other interest shall be thereafter the property of the Post-Merger Entity to which it is allocated under Schedules A and B, and the title to any real estate vested by deed or otherwise in the Company

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

shall not revert or be in any way impaired by reason of the Merger; but all rights of creditors and all liens upon any property of the Company shall be preserved unimpaired, and all debts, liabilities, and duties of the Company shall thenceforth attach to the Post-Merger Entity to which it is allocated under Schedules A and B, and may be enforced against such Post-Merger Entity to the same extent as if said debts, liabilities, and duties had been incurred or contracted by it.

(e)     All acts, plans, policies, approvals, and authorizations of the Company and its members, managers, officers, or committees elected or appointed by the members, managers, officers, and agents, which were valid and effective immediately prior to the Effective Time of the Merger shall be taken for all purposes as the acts, plans, policies, approvals, and authorizations of the Post-Merger Entities and shall be as effective and binding on the Post-Merger Entities as the same were with respect to the Company.

(f)     The assets, liabilities, reserves, and accounts of the Company shall be recorded on the books of the Post-Merger Entities as described in Schedules A and B subject to such adjustments or eliminations of intercompany items as may be appropriate in giving effect to the Merger.

(g)     The Post-Merger Entities shall be responsible for all fees and franchise taxes of the Company as described in Schedules A and B, and the Post-Merger Entities shall be obligated to pay such fees and franchise taxes if the same are not timely paid.

8.     Operational Assets and Liabilities.  The parties intend that business operational assets of the Company be allocated among the Post-Merger Entities as described on Schedule A and Schedule B.  The parties intend that business liabilities and obligations (including contractual obligations) be allocated among the Post-Merger Entities as described on Schedule A and Schedule B.  To the extent not so allocated, business and operational assets of the Company shall be allocated to the Company and not Terranova Holdings, LLC.  To the extent not so allocated, business liabilities and obligations (including contractual obligations) shall be allocated to Terranova Holdings, LLC and not the Company.  The Company may from time to time make good faith requests to Terranova Holdings, LLC to amend Schedules A and B to reflect such intent. Terranova Holdings, LLC shall reasonably cooperate with such requests and enter into such amendments.

9.     Company Agreements.  The Company Agreement of the Company shall be and constitute the Company Agreement of the Company until amended in the manner provided therein and by law.  The Company Agreement of Terranova Holdings, LLC shall be the Company Agreement entered into by the members thereof to be effective as of the Effective Time of the Merger.

10.     Approval of Plan of Merger.  This Plan shall be submitted to the members of the Company as provided by Chapter 10 and § 101.356 of the Texas Business Organizations Code ("TBOC") and in the manner contemplated in the Company Agreement of the Company. After the approval or adoption thereof by the members of the Company in accordance with the requirements of the laws of the State of Texas and the Company Agreement of the Company, all required documents shall be executed, filed, and recorded and all required acts shall be done in order to accomplish the Merger under the provisions of the applicable statutes of the State of Texas.

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

11.    Changes.  At any time, whether before or after submission to or adoption by the members of the Company, this Plan may be amended in matters of form, or supplemented by additional agreements, articles or certificates, as may be determined in the judgment of the members of the Company to be necessary, desirable or expedient to clarify the intentions of the parties hereto or to effect or facilitate the filing, recording or official approval of this Plan and the consummation hereof and the Merger provided for herein, in accordance with the purpose and intent of this Plan.

12.    Certificate of Merger and Effective Time.  Subject to this Plan having been adopted and approved on behalf of the Company in accordance with the TBOC and the Company Agreement of the Company, a Certificate of Merger in the form attached hereto as Exhibit 2 shall be submitted for filing to the office of the Secretary of State of the State of Texas.  Subject to the Certificate of Merger having been filed and accepted by the office of the Secretary of State of the State of Texas, the Merger shall become effective (such time of effectiveness being herein referred to as the "Effective Time of the Merger") if and when the Certificate of Merger takes effect as provided therein.

13.    Amendments.  This Plan cannot be altered or amended except pursuant to an instrument in writing signed on behalf of the parties hereto.

IN WITNESS WHEREOF, the Company has caused this Plan to be executed pursuant to authorization contained in the Unanimous Consent and Resolutions of the Members and Managers approving this Plan, all as of the date first above written.

Altis Group International, LLC

By: _____

Name: _____

Title: _____

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Schedule A

**Company Post-Merger Property, Liabilities, and Obligations**

Altis Group International, LLC, as a Post-Merger Entity, shall own the following property, liabilities, and obligations of Pre-Merger Altis Group International, LLC set forth below:

1.    The Company's business relationships, including those with vendors, customers, and intermediaries.

2.    The following Company contracts and all liabilities and obligations arising after the Effective Time of the Merger related to such contracts:

(i)    Company contracts set forth on Annex A-1, and

(ii)    those Company commercial purchase and sale contracts not set forth on Annex A-1, which may be spot or partial fulfillment of year long contracts, that were entered into prior to the date on which the Effective Time of the Merger occurs but under the terms of which the product purchased or sold has not shipped and the purchase or sale of the product has not at the Effective Time of the Merger been financed by a commercial lender to the Company;

Annex A-1 may be updated from time to time after the Effective Time of the Merger to reflect contracts described in (ii) above. All of the forgoing contracts are herein called the "Altis Contracts." In addition, Altis Group International, LLC, as a Post-Merger Entity, shall own all accounts or notes receivable and any security, claim, remedy, or other right related to the Altis Contracts and all cash and cash equivalents allocated to the Altis Contracts. Altis Group International, LLC, as a Post-Merger Entity, shall have liability for all debt for borrowed monies allocated to such Altis Contracts.

3.    The Company's contracts with ING Belgium, Brussels, Geneva Branch and any of such bank's affiliates (collective, the "Bank") including without limitation those related to bank accounts at the Bank, contracts for borrowed monies or the issuance of bank trade instruments (including without limitation standby letters of credit, documentary letters of credit and on demand bank guarantees), excluding only those rights of Terranova Holdings, LLC, as a Post-Merger Entity, provided for in Schedule B to the Plan of Merger.

4.    All inventory, finished goods, raw materials, work in progress, packaging, supplies, parts and other inventories related to any item on this Schedule A, including without limitation the Altis Contracts.

5.    All clients and the current trading portfolio.

6.    All employees and management team members and obligations related to employee benefits after the Effective Time of the Merger.

7.    All management and trader contracts, licenses, permits, and registrations, including the Employer Identification Number of the Company.

8.    All permits and applications related to any item on this Schedule A.

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

EXHIBIT
E

Schedule A

9.      All intellectual property assets.

10.     All systems and services owned or contracted in relation to the Company's trading portfolio, logistics, operations, credit, compliance and risk management, and contractual obligations arising after the Effective Time of the Merger related to any of the foregoing.

11.     All interests in leased real property.

12.     All furniture, fixtures, equipment, machinery, tools, vehicles, office equipment, supplies, computers, telephones, and other tangible personal property.

13.     All employee benefit plans and all related accrued benefits and all liabilities and obligations arising after the Effective Time of the Merger related to any of the foregoing.

14.     All payroll obligations with respect to the pay period during which the closing occurs, and obligations with respect to accrued employee vacation and sick leave incurred before the closing date.

15.     All rights under insurance policies, except as set forth on Schedule B to the Plan of Merger.

16.     All originals, or where not available, copies, of all books and records of the Company.

17.     The Company's bank accounts at GarantiBank International N.V. (Beneficiary Acct Nos.: NL25UGBI826335xxxx and NL28UGBI070989xxxx, Bank of America, NA (Beneficiary Acct No.: 4880 5191 xxxx), ING Brussels, Geneva Branch (Beneficiary Acct Nos.: CH26 0838 7000 0010 7xxx x and CH77 0838 7000 0010 9xxx x), and ADM Investor Services (Beneficiary Bank: JPMorgan Chase Bank, NA Beneficiary Acct No.: 02401xxxx; further credit to Altis Group International LLC accounts 988 R2XXX and 988 R2xxx).

18.     ADM Investor Services, Inc. Acct. No. xxx x2236.

19.     All assets of the Company not specified on Schedule B to the Plan of Merger.

24th E-Filed 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Schedule A

## ANNEX A-1

### Contracts Allocated to the Company

| Job No. | Product | Purchase Contra | Supplier | Sale Contract | Receiver | Volume (Supplier) |
|---------|---------|-----------------|----------|---------------|----------|-------------------|
| S67-2019 | Styrene Monomer | PO20190328-2 | Westlake | SO20190381 | Resirene SA de CV | 4000 |
| 571-2019 | Toluene | PO20190382 | Shell Trading (US) Company | SO20190383 | Quimica Delta | 1500 |
| 572-2019 | Mixed Xylenes | PO20190384 | Shell Trading (US) Company | SO20190385 | Quimica Delta | 1500 |
| 577-2019 | Benzene | PO20190394 | Slovnaft S.A. | | Unsold | 1000 |

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Schedule B

## Terranova Holdings, LLC Post-Merger Property, Liabilities, and Obligations

Terranova Holdings, LLC, as a Post-Merger Entity, shall own all the property, liabilities, and obligations of Pre-Merger Company set forth below:

1.    Accounts or notes receivable and any security, claim, remedy, or other right related to the foregoing, other than those which are allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

2.    All cash and cash equivalents other than cash and cash equivalents which are allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.  All cash allocated and vested in Terranova Holdings, LLC, as a Post-Merger Entity, which is at the Effective Time of the Merger in bank accounts at the Bank described in Schedule A to the Plan of Merger shall be placed into one or more bank accounts at the Bank (collectively, the "Subaccounts").  The monies in the Subaccounts will serve as security for obligations owed to the Bank on monies borrowed and bank trade obligations in connection with Company contracts allocated and vested in Terranova Holdings, LLC, as a Post-Merger Entity.  Withdrawal of such funds by Terranova Holdings, LLC, as a Post-Merger Entity, shall be subject to (i) there being no restriction by the Bank as to such withdraw, and (ii) consent of Altis Group International, LLC, as a Post-Merger Entity.  The consent of Altis Group International, LLC, as a Post-Merger Entity, shall not be unreasonably withheld.  Terranova Holdings, LLC, as a Post-Merger Entity, and Altis Group International, LLC, as a Post-Merger Entity, shall review the balance in the Subaccounts versus the obligations remaining to the Bank of Terranova Holdings, LLC, as a Post-Merger Entity, and make a good faith and reasonable determination of what monies can then be disbursed to Terranova Holdings, LLC, as a Post-Merger Entity.

3.    All debt for borrowed monies and obligations for bank trade obligations other than debt for borrowed monies and obligations for bank trade obligations which are allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

4.    All Company contracts and all liabilities and obligations arising after the Effective Time of the Merger related to such contracts other than those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

5.    Rights and obligations under the Company's contracts with the Bank related to any financings or transactions on or prior to the Effective Time of the Merger other than those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

6.    All accounts payable that remain unpaid prior to the Effective Time of the Merger other than those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

7.     Rights with respect to transactions under contracts existing at the Effective Time of the Merger, including without limitation, rights to collect funds due and payable thereunder <u>other than</u> those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

8.     Rights under insurance policies for incidents occurring prior to the Effective Time of the Merger.

9.     All prepaid expenses (other than rent and utilities), credits, advance payments, claims, security, refunds, rights of recovery, rights of set-off, rights of recoupment, deposits (other than security deposits associated with leases), charges sums and fees (including any such item relating to the payment of taxes).[1]

10.     All liabilities existing at the Effective Time of the Merger not specified on Schedule A.

11.     All liabilities for taxes of the Company (including those that arise out of the consummation of the Agreement and the transactions contemplated thereby) relating to any period on or prior to the Effective Time of the Merger <u>other than</u> those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

12.     All liabilities for employee benefit plans incurred on or prior to the Effective Time of the Merger.

13.     All liabilities arising or incurred by the Company in connection with the negotiation, preparation, investigation and performance of the Agreement of Divisional Merger and the transactions contemplated thereby.

14.     All liabilities in respect of any pending or threatened proceeding relating to the operations of the Company on or prior to the Effective Time of the Merger.

15.     All liabilities relating to the operations of the Company on or prior to the Effective Time of the Merger <u>other than</u> those allocated and vested to Altis Group International, LLC, as a Post-Merger Entity, under the Altis Contracts in Schedule A to the Plan of Merger.

16.     All liabilities of the Company not specified on Schedule A.

17.     All equity securities, including any options or warrants related to such securities, previously owned by the Pre-Merger Company, including, without limitation, the equity securities of (i) Altis Group International (UK) Limited (a company incorporated under the laws of England and Wales with registered number 10738735) and (ii) RPM Houston Holdings, LLC, (a Texas limited liability company with Texas Secretary of State file number 0803205823).

18.     The Company's bank accounts ING Brussels, Geneva Branch (Beneficiary Acct Nos.: xxxx xxxx xxxx xx10 9969 2 and xxxx xxxx xxxx xx10 9969 3), such accounts being

24th E-Filed 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

Schedule B

internally referenced as the "Subaccounts." The Subaccounts will be continued to be held in the name of the Company as a Post-Merger Entity, however, as nominee only for the benefit of Terranova Holdings, LLC, as a Post-Merger Entity.

19. ADM Investor Services, Inc. Acct. No. xxx x2256.

20. Copies of books and records of the Company related to items 1 through 19 above.

Page 3 of 3

24th E-Filed: 03/28/2023 15:52 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBITS A - E        230329-9746-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

RF DEVELOPMENT LLC
   versus                  Case: 839-169     Div: "O"
ALTIS GROUP INTERNATIONAL LLC AND    P 1   RF DEVELOPMENT LLC
TERRANOVA HOLDINGS LLC

To: ALTIS GROUP INTERNATIONAL LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:
JEFF MCNEAR                  LA Long Arm
8 GREENWAY PLAZA SUITE 460
HOUSTON TX 77046

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk of Court on the 29th day of March, 2023.

                /s/ Karen F Mcevers
                Karen F Mcevers, Deputy Clerk of Court for
                Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBITS A - E        230329-9746-4

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal            ___ Domiciliary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address       ___ Need apartment / building number
    ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

Imaged 03/29/2023 12:41 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBITS A - E        230329-9747-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RF DEVELOPMENT LLC
  versus
ALTIS GROUP INTERNATIONAL LLC AND
TERRANOVA HOLDINGS LLC

Case: 839-169    Div: "O"
P 1  RF DEVELOPMENT LLC

To:  TERRANOVA HOLDINGS LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:
JEFF MCNEAR
8 GREENWAY PLAZA SUITE 460
HOUSTON TX 77046

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON
PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk
of Court on the 29th day of March, 2023.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBITS A - E        230329-9747-2

Received:_____    Served:_____    Returned:_____

Service was made:
___ Personal                        ___ Domiciliary _____

Unable to serve:
___ Not at this address        ___ Numerous attempts _____ times
___ Vacant                           ___ Received too late to serve
___ Moved                           ___ No longer works at this address
___ No such address           ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
    Deputy Sheriff
Parish of: _____

Imaged 03/29/2023 12:41 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



**JON A. GEGENHEIMER**

# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Division – FAX Filing*

P.O. Box 10 ● Gretna LA 70054-0010 ● (504) 364-2971



# LETTER REQUEST RECEIPT OF TRANSMISSION

**To:** THE MIDDLEBERG RIDDLE GROUP
ATTN: BRANDY STEVENS
FAX # 504-581-5983
Email: BSTEVENS@MIDRID.COM

April 13, 20 23

**From:** s/ Bridget M Calongne, *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

**Re:**  **Case #:** 839-169  **Div.:** O
**Case Title:** RF DEVELOPMENT, L.L.C. vs ALTIS GROUP INTERNATIONAL, L.L.C.

**Total Number of Pages:** 1
**Document Type:** RE-ISSUE LONG ARM SERVICE ON PETITION FOR PROMISSORY NOTE

**Receipt is hereby acknowledged of the above described document, which was filed at** 01:10 ☐ A.M. ☒ P.M. **on** April 13, 20 23.

---

**This facsimile filing receipt of transmission acknowledges that the clerk received the letter request. If additional fees are required they will be listed below.**

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit select court "24th Civil JDC" and enter this case number.

☒ Check or money order payable to "Jefferson Parish Clerk of Court": $ 187.00

☐ Check or money order payable to "East Baton Rouge Sheriff": $_____

☐ Check or money order payable to "Jefferson Parish Sheriff": $_____

☐ Check or money order payable to "Orleans Parish Civil Sheriff": $_____

☐ Check or money order payable to "Louisiana Secretary of State": $_____

☐ Check or money order payable to _____: $_____

☐ Check or money order payable to _____: $_____

☐ Other:

*24th JDC Civil Fax Filed:04/13/2023 13:10:17 Case:839169 Div:O ID:68451*

**THE MIDDLEBERG RIDDLE GROUP**
ATTORNEYS + BUSINESS CONSULTANTS

RIDICULOUSLY EFFICIENT

Middleberg Riddle Group
First Bank & Trust Tower
909 Poydras St., Suite 1400
New Orleans, LA 70112

WWW.MIDRID.COM

Tel: (504) 525-7200
Fax: (504) 581-5983

Direct Dial: (504) 207-7347
Email: bstevens@midrid.com

Jefferson Parish, Civil Division
Issuing Department
P.O. Box 2900
Fax No. 504.364.3780

Re: RF Development LLC., v. Altis Group International, LLC and Terranova Holdings, LLC
Case No. 839-169 DIV. O
Our File No. 3130596

Dear Clerk,

Please re-issue **long arm** service on the Petition on Promissory Note filed on March 28, 2023. Please confirm receipt of this request and advise of any costs that may be due.

Thank you for your assistance,
Brandy Stevens

**PLEASE SERVE:**
Terranova Holdings, LLC
Through its Registered Agent:
Jeff McNear
3646 Maroneal Street
Houston, TX 77025

AND

Altis Group International, LLC
Through its Registered Agent:
CT Corporation
1999 Bryan Street, Suite 900
Dallas, TX 75201

bstevens@midrid.com
504.207.7347

24th JDC Civil Fax Filed Letter Request:04/13/2023 13:10:17 Case:839169 DIV:O ID:68451

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RF DEVELOPMENT LLC
   versus                            Case: 839-169    Div: "O"
ALTIS GROUP INTERNATIONAL LLC, TERRANOVA    P 1  RF DEVELOPMENT LLC
HOLDINGS LLC

To:  ALTIS GROUP INTERNATIONAL LLC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION                           LA Long Arm
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk of Court on the 14th day of April, 2023.


/s/ Kyle S. Hannan
Kyle S. Hannan, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal            ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved              ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Imaged 04/14/2023 11:42 - Signed: Deputy Clerk of Court /s/ Kyle S. Hannan

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2114-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

RF DEVELOPMENT LLC
     versus                                     Case: 839-169     Div: "O"
ALTIS GROUP INTERNATIONAL LLC, TERRANOVA          P 1  RF DEVELOPMENT LLC
HOLDINGS LLC

To:  TERRANOVA HOLDINGS LLC
THROUGH ITS REGISTERED AGENT:
JEFF MCNEAR                                        LA Long Arm
3646 MARONEAL STREET
HOUSTON, TX 77025

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON
PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk
of Court on the 14th day of April, 2023.


                     /s/ Kyle S. Hannan
                     Kyle S. Hannan, Deputy Clerk of Court for
                     Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2114-2

Received:_____     Served:_____     Returned:_____

Service was made:
___ Personal           ___ Domiciform _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                     Deputy Sheriff
Parish of: _____

Imaged 04/14/2023 11:42 - Signed: Deputy Clerk of Court /s/ Kyle S. Hannan



(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RF DEVELOPMENT LLC
    versus
ALTIS GROUP INTERNATIONAL LLC, TERRANOVA
HOLDINGS LLC

Case: 839-169    Div: "O"
P 1  RF DEVELOPMENT LLC

To: ALTIS GROUP INTERNATIONAL LLC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON
PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk
of Court on the 14th day of April, 2023.

/s/ Kyle S. Hannan
Kyle S. Hannan, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

Received:_____  Served:____X____  Returned:_____

Service was made:
    ___ Personal    X Domiciliary _Long Arm_

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant    ___ Received too late to serve
    ___ Moved    ___ No longer works at this address
    ___ No such address    ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

24h E-Filed: 04/25/2023 08:59 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

April 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7718 9121 0060

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | G.MARTINEZ | Delivery Location: | 1999 BRYAN ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | DALLAS, TX, 75201 |
| | | Delivery date: | Apr 19, 2023 09:29 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 7718 9121 0060 | Ship Date: | Apr 18, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
CT Corporation, Registered Agent, Altis Group International LLC
1999 Bryan Street, Suite 900
DALLAS, TX, US, 75201

Shipper:
Edward J. Rantz, Jr., Middleberg Riddle Group
909 Poydras Street
Suite 1400
NEW ORLEANS, LA, US, 70112

Reference                5730-0012

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature
images may take up to 5 days after delivery date. Please try later, or contact Customer Service at
1.800.Go.FedEx(R) 800.463.3339.



(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

RF DEVELOPMENT LLC
    versus                                    Case: 839-169     Div: "O"
ALTIS GROUP INTERNATIONAL LLC, TERRANOVA          P 1  RF DEVELOPMENT LLC
HOLDINGS LLC

To:  ALTIS GROUP INTERNATIONAL LLC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION                                    LA Long Arm
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON
PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk
of Court on the 14th day of April, 2023.

                 /s/ Kyle S. Hannan
                 Kyle S. Hannan, Deputy Clerk of Court for
                 Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2113-4

Received:_____   Served:___X___   Returned:_____

Service was made:
    ___ Personal          X Domiciliary  _Long Arm_

Unable to serve:
    ___ Not at this address      ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address         ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                   Deputy Sheriff
Parish of: _____

24h E-Filed: 04/25/2023 08:59 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

April 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7718 9121 0060

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | G.MARTINEZ | **Delivery Location:** | 1999 BRYAN ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | DALLAS, TX, 75201 |
| | | **Delivery date:** | Apr 19, 2023 09:29 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 7718 9121 0060 | **Ship Date:** | Apr 18, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
CT Corporation, Registered Agent, Altis Group International LLC
1999 Bryan Street, Suite 900
DALLAS, TX, US, 75201

**Shipper:**
Edward J. Rantz, Jr., Middleberg Riddle Group
909 Poydras Street
Suite 1400
NEW ORLEANS, LA, US, 70112

**Reference**            5730-0012

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature
images may take up to 5 days after delivery date. Please try later, or contact Customer Service at
1.800.Go.FedEx(R) 800.463.3339.

24h E-Filed: 04/25/2023 08:59 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

SERVICE COPY / RETURN COPY

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2114-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RF DEVELOPMENT LLC
            versus
ALTIS GROUP INTERNATIONAL LLC, TERRANOVA
HOLDINGS LLC

Case: 839-169   Div "O"

P 1  RF DEVELOPMENT LLC

To:  TERRANOVA HOLDINGS LLC
THROUGH ITS REGISTERED AGENT:
JEFF MCNEAR
3646 MARONEAL STREET
HOUSTON, TX 77025

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION ON PROMISSORY NOTE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney EDWARD J. RANTZ JR and was issued by the Clerk of Court on the 14th day of April, 2023.

/s/ Kyle S. Hannan
Kyle S. Hannan, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION ON PROMISSORY NOTE; EXHIBIT A-E          230414-2114-2

Received:_____     Served:   X       Returned:_____

Service was made:
      __ Personal          X Domiciliary  Long Arm

Unable to serve:
      ___ Not at this address      ___ Numerous attempts _____ times
      ___ Vacant                   ___ Received too late to serve
      ___ Moved                    ___ No longer works at this address
      ___ No such address          ___ Need apartment / building number
      ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

24th E-Filed: 04/25/2023 08:59 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

April 24, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7718 9116 2617

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | J.MCNEAL | Delivery Location: | 8413 STELLA LINK RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Adult Signature Required | | HOUSTON, TX, 77054 |
| | | Delivery date: | Apr 22, 2023 17:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 7718 9116 2617 | Ship Date: | Apr 18, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
Jeff McNear, Registered Agent, Terranova Holdings, LLC
3646 Maroneal Street
HOUSTON, TX, US, 77025

**Shipper:**
Edward J. Rantz, Jr., Middleberg Riddle Group
909 Poydras Street
Suite 1400
NEW ORLEANS, LA, US, 70112

**Reference**          5730-0012



24h E-Filed: 04/25/2023 08:59 Case: 839169 Div:O Atty:025220 EDWARD J RANTZ JR

**839169 CASE DOCKET BOOK**

P1 RF DEVELOPMENT LLC
D1 ALTIS GROUP INTERNATIONAL LLC
D2 TERRANOVA HOLDINGS LLC

| DATE | | LIT | DESCRIPTION |
|------|---|-----|-------------|
| 03/28/2023 | 🗎 | P1 | **FILE PETITION**:ON PROMISSORY NOTE |
| 03/28/2023 | 🗎 | P1 | **FILE EXHIBIT** :A/ EFILED LOAN AGREEMENT WITH INCORPORATED PROMISSORY NOTE |
| 03/28/2023 | 🗎 | P1 | **FILE EXHIBIT** :B/ LOAN MODIFICATION AGREEMENT |
| 03/28/2023 | 🗎 | P1 | **FILE EXHIBIT** :C/ LOAN MODIFICATION AGREEMENT |
| 03/28/2023 | 🗎 | P1 | **FILE EXHIBIT** :D/ PLAN OF MERGER |
| 03/28/2023 | 🗎 | P1 | **FILE EXHIBIT** :E/ COMPANY POST-MERGER PROPERTY LIABILITIES AND OBLIGATIONS |
| 03/29/2023 | 🗎 | P1 | **ISSUE CITATION** :PETITION ON PROMISSORY NOTE; EXHIBITS A - E |
| 03/29/2023 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230329-9746-4 **TO:**ALTIS GROUP INTERNATIONAL LLC **SERVICE:**N/A |
| 03/29/2023 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230329-9747-2 **TO:**TERRANOVA HOLDINGS LLC **SERVICE:**N/A |
| 04/13/2023 | 🗎 | P1 | **FILE LETTER OF REQUEST**:RE-ISSUE LONG ARM SERVICE ON PETITION FOR PROMISSORY NOTE |
| 04/14/2023 | 🗎 | P1 | **ISSUE CITATION** :PETITION ON PROMISSORY NOTE; EXHIBIT A-E |
| 04/14/2023 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230414-2113-4 **TO:**ALTIS GROUP INTERNATIONAL LLC **SERVICE:**N/A |
| 04/14/2023 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230414-2114-2 **TO:**TERRANOVA HOLDINGS LLC **SERVICE:**N/A |
| 04/25/2023 | 🗎 | P1 | **INCOMING E-FILE**:E-FILE DOCUMENT |
| 04/25/2023 | 🗎 | P1 | **FILE EXHIBIT** :/ CITATION, FED EX PROOF OF DELIVERY |
| 04/25/2023 | 🗎 | P1 | **FILE EXHIBIT** :/ CITATION, FED EX PROOF OF DELIVERY |