**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RF DEVELOPMENT, LLC                         CIVIL ACTION

**VERSUS**                                  NO. 23-1707

**ALTIS GROUP**                             SECTION: D (5)
**INTERNATIONAL, LLC, ET AL.**

### JUDGMENT

In accordance with the Court's April 16, 2024 Order and Reasons[1] granting Plaintiff's Motion for Summary Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is rendered in favor of Plaintiff RF Development, LLC and against Defendants Altis Group International, LLC and Terranova Holdings, LLC, for amounts due on the Promissory Note dated March 1, 2015 (R. Doc. 24-4), in the amount of Two Million Eight Hundred and Thirty-Seven Thousand Three Hundred and Seventy-Seven dollars ($2,837,377), which includes the principal amount of $2,500,000, prejudgment interest through March 31, 2024 in the amount of $337,377, calculated at the contractual rate between the parties of 10%, plus prejudgment interest from April 1, 2024 at the rate of 10% per annum.  Postjudgment interest shall accrue on the Judgment amount at the rate of 5.17% per annum pursuant to 28 U.S.C. § 1961 from the date this Judgment is entered until paid in full.[2]

---

[1] R. Doc. 44.

[2] Postjudgment interest rates for judgments in federal court are governed by 28 U.S.C. § 1961. Although "[a] contract can validly establish a different [postjudgment interest] rate, it 'must do so using clear, unambiguous, and unequivocal language, otherwise the contract merely merges into the judgment.'"  *Celtic Marine Corp. v. James C. Justice Companies, Inc.*, 593 Fed. Appx. 300, 305 (5th Cir. 2014) (quoting *Tricon Energy Ltd. v. Vinmar Int'l, Ltd.*, 718 F.3d 448, 458–59 (5th Cir. 2013)). Because neither the original loan agreement nor any of the subsequent modifications clearly and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court retains jurisdiction over any matter pertaining to this Judgment.  This a final judgment.

New Orleans, Louisiana, April 24, 2024.

**WENDY B. VITTER**
**United States District Judge**

---

unequivocally established a different postjudgment interest rate than that provided by federal statute, the federal statutory rate applies.